UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

OLD CASTLE HOLDINGS LTD.,

                Plaintiff,

     – against –

THE REPUBLIC OF ARGENTINA.,

                Defendant.

------------------------------------------------x

14 Civ. 4091 (TPG)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/14

      On August 20, 2014, the Clerk of the United States District Court for the Southern District of New York entered a certificate of default against the defendant in this case. Shortly thereafter, the defendant submitted a letter requesting the court lift the entry of default.

      The court finds that the defendant has shown good cause to lift the entry of default. Therefore, pursuant to Federal Rule of Civil Procedure 55(c), the court grants defendant's request and sets aside the entry of default.

      SO ORDERED.

Dated:  New York, New York
          October 3, 2014

_____
Thomas P. Griesa
U.S. District Judge