**MOSS & KALISH, PLLC**

COUNSELLORS AT LAW
122 EAST 42ND STREET
NEW YORK, NY 10168-0098

TELEPHONE: (212) 867-4488
TELECOPIER: (212) 983-5276
E-MAIL: LAWYERS@MOSSKALISH.COM

MARK L. KALISH
GARY N. MOSS
LARRY Z. LAZAR*
MARC S. REINER
DAVID B. GELFARB*

JAMES SCHWARTZMAN

ROBERT H. SIEGEL
OF COUNSEL

*ALSO ADMITTED IN NEW JERSEY

NASSAU OFFICE
400 GARDEN CITY PLAZA, SUITE 406
GARDEN CITY, NY 11530

writer's e-mail:
gelfarb@mosskalish.com

February 10, 2015

Via ECF
Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:  Lightwater Corporation Limited v. Republic of Argentina 14 Civ. 4092
     Old Castle Holdings, Ltd. v. The Republic of Argentina 14 Civ. 4091

Dear Judge Griesa:

This firm represents the plaintiffs in the referenced actions. We write to advise the Court that pursuant to a Notice of Motion being filed via ECF today, plaintiffs are joining in the motion for summary judgment that was filed by plaintiff on February 3, 2015 in the action NML Capital v. Republic of Argentina, 14 Civ. 8601 that is before Your Honor. In addition, we write to advise the Court that plaintiffs herein are withdrawing the proposed Orders to Show Cause for preliminary injunctive relief that were submitted to Your Honor's Law Clerk on June 26, 2014. We understand that those Orders to Show Cause have not been signed by Your Honor.

Thank you for your consideration of this matter.

Respectfully submitted,

David B. Gelfarb

cc: Robert Cohen, Esq.
    Carmine Boccuzzi, Esq.