**MOSS & KALISH**, PLLC

COUNSELLORS AT LAW
122 EAST 42ND STREET
NEW YORK, NY 10168-0098

---

TELEPHONE: (212) 867-4488
TELECOPIER: (212) 983-5276
E-MAIL: LAWYERS@MOSSKALISH.COM

MARK L. KALISH
GARY N. MOSS
LARRY Z. LAZAR*
MARC S. REINER
DAVID B. GELFARB*

---

JAMES SCHWARTZMAN

---

ROBERT H. SIEGEL
OF COUNSEL

*ALSO ADMITTED IN NEW JERSEY

NASSAU OFFICE
400 GARDEN CITY PLAZA, SUITE 406
GARDEN CITY, NY 11530

---

writer's e-mail:
gelfarb@mosskalish.com

April 8, 2015

<u>Via ECF</u>
Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re: Lightwater Corporation Limited v. Republic of Argentina 14 Civ. 4092
        <u>Old Castle Holdings, Ltd. v. The Republic of Argentina 14 Civ. 4091</u>

Dear Judge Griesa:

  This firm represents the plaintiffs in the referenced actions. We write to confirm to the Court that plaintiffs are joining in the motion for summary judgment that was filed by plaintiff on February 3, 2015 in the action <u>NML Capital v. Republic of Argentina</u>, 14 Civ. 8601 that is before Your Honor. We understand that NML Capital has very recently filed its reply brief in that action.

  Thank you for your consideration of this matter.

               Respectfully submitted,

               David B. Gelfarb

cc: Robert Cohen, Esq.
  Carmine Boccuzzi, Esq.