# MOSS & KALISH, PLLC
### COUNSELLORS AT LAW
122 EAST 42ND STREET
NEW YORK, NY 10168-0098

TELEPHONE: (212) 867-4488
TELECOPIER: (212) 983-5276
E-MAIL: LAWYERS@MOSSKALISH.COM

MARK L. KALISH
GARY N. MOSS
LARRY Z. LAZAR*
DAVID B. GELFARB*
---
JAMES SCHWARTZMAN
---
ROBERT H. SIEGEL
OF COUNSEL

*ALSO ADMITTED IN NEW JERSEY

NASSAU OFFICE
400 GARDEN CITY PLAZA, SUITE 406
GARDEN CITY, NY 11530

writer's e-mail:
gelfarb@mosskalish.com

September 8, 2015

Via ECF
Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: Lightwater Corporation Limited v. Republic of Argentina 14 Civ. 4092
Old Castle Holdings, Ltd. v. The Republic of Argentina 14 Civ. 4091

Dear Judge Griesa:

This firm represents the plaintiffs in the referenced actions. Pursuant to my recent telephone conference with your Law Clerk, Thomas Kadri, Esq., this is to advise and to confirm to the Court that plaintiffs are joining in the motion for an order granting specific performance of the second sentence of Section 1(c) of the 1994 Fiscal Agency Agreement (the "Equal Treatment Provision" of the "Pari Passu Clause"), that was filed on August 14, 2015 in the actions NML Capital v. Republic of Argentina, 14 Civ. 8601 and NML Capital, Ltd. v. The Republic of Argentina, 14 Civ. 8988 that are before Your Honor.

Thank you for your consideration of this matter.

Respectfully submitted,

David B. Gelfarb

cc: Carmine Boccuzzi, Esq.
    Robert Cohen, Esq.