MARK L. KALISH
GARY N. MOSS
LARRY Z. LAZAR*
DAVID B. GELFARB*
---
JAMES SCHWARTZMAN
---
ROBERT H. SIEGEL
OF COUNSEL

*ALSO ADMITTED IN NEW JERSEY

**MOSS & KALISH**, PLLC
COUNSELLORS AT LAW
122 EAST 42ND STREET
NEW YORK, NY 10168-0098
---
TELEPHONE: (212) 867-4488
TELECOPIER: (212) 983-5276
E-MAIL: LAWYERS@MOSSKALISH.COM

NASSAU OFFICE
400 GARDEN CITY PLAZA, SUITE 406
GARDEN CITY, NY 11530
---
writer's e-mail:
gelfarb@mosskalish.com

October 13, 2015

Via ECF
Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re: Lightwater Corporation Limited v. Republic of Argentina 14 Civ. 4092
         Old Castle Holdings, Ltd. v. The Republic of Argentina 14 Civ. 4091

Dear Judge Griesa:

  This firm represents the plaintiffs in the referenced actions. We write to advise and to confirm to the Court that plaintiffs in the referenced actions are joining in the reply papers filed on October 9, 2015 by plaintiffs in the actions captioned NML Capital v. Republic of Argentina, 14 Civ. 8601 and NML Capital, Ltd. v. The Republic of Argentina, 14 Civ. 8988 with respect to those plaintiffs' motion for an order granting specific performance of the second sentence of Section 1(c) of the 1994 Fiscal Agency Agreement (the "Equal Treatment Provision" of the "Pari Passu Clause").

  Thank you for your consideration of this matter.

                     Respectfully submitted,

                     David B. Gelfarb

cc: Carmine Boccuzzi, Esq.
   Robert Cohen, Esq.